Tammy THOMPSON, Claimant/Appellant,

v.

ALLIED HEALTHCARE PRODUCTS, Employer/Respondent.

No. 67266.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 3, 1995.

Bradford C. Emert, Emert & Spooner, P.C., Clayton, for appellant.

Stephen G. Klaudis, Law Offices of Marc A. Lapp, St. Louis, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a decision of the Labor and Industrial Relations Commission denying appellant's hardship application for workers' compensation benefits. We have reviewed the entire record and find no error. An extended written opinion would have no jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).